ACCEPTED
03-11-00322-CV
3798915
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/16/2015 1:29:08 PM
JEFFREY D. KYLE
CLERK

No. 03-11-00322-CV

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/16/2015 1:29:08 PM

JEFFREY D. KYLE
Clerk

**State Farm Lloyds,**
*Appellant,*
**v.**
**Julia Rathgeber, Commissioner of the Texas Department of Insurance;**
**Texas Department of Insurance; and Office of Public Counsel**
*Appellees.*

Appeal from the 201st District Court of
Travis County, Texas

**Notice of Change of Designation of Lead Counsel of
Appellees Julia Rathgeber, Commissioner of Insurance,
and Texas Department of Insurance**

TO THE HONORABLE JUDGES OF SAID COURT;

Appellees Julia Rathgeber, Commissioner of Insurance, and Texas Department of Insurance designate Joshua R. Godbey as their lead counsel on appeal.

1. Jack Hohengarten was the appeal counsel when this case was appealed to the Third Court of Appeals, Austin, Texas.

2. Appellees, under Texas Rule of Appellate Procedure 6.1(c), now designate Joshua R. Godbey as lead counsel for this appeal.

3. The necessary information for new lead counsel is as follows:

Joshua R. Godbey
Texas Bar No.  24049996
Office of the Attorney General of Texas
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone:  (512) 475-4209
Telecopier:  (512) 477-2348
Email:  joshua.godbey@texasattorneygeneral.gov

4.      For these reasons, Appellees ask the Court to instruct the clerk to change the

record to reflect that Joshua R. Godbey is lead counsel for Appellees in this case on

appeal.

Respectfully submitted,

KEN PAXTON
Attorney General

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Defense Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax and Charitable Trusts
Division

*/s/   Joshua R. Godbey*
JOSHUA R. GODBEY
Attorney-in-Charge
Financial and Tax Litigation Division
State Bar No.  24049996
P.O. Box 12548
Austin, Texas 78711-2548
Telephone:  (512) 475-4209
Telecopier:  (512) 477-2348
Joshua.Godbey@texasattorneygeneral.gov

**Attorneys for Appellees**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January 2015, the foregoing *Notice of Change of Designation of Lead Counsel* was served on the following attorneys and/all parties of record via e-service and/or electronic mail or first class mail as follows:

Susan G. Conway
GRAVES, DOUGHERTY, HEARON & MOODY, PC
401 Congress Avenue, Suite 2200
Austin, Texas 78701
Email: sconway@gdhm.com
*Attorneys for Appellant*

Deeia Beck
Office of Public Insurance Counsel
333 Guadalupe, Suite 3-120
Austin, Texas 78701
*Intervenor*

/s/   *Joshua R. Godbey*
JOSHUA R. GODBEY